UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAZAHIRHUSEIN JANMOHAMED,**

  **Plaintiff,**

**v.**                 **Case No: 6:16-cv-1687-Orl-41KRS**

**SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES, DISTRICT DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES, TAMPA, FLORIDA and
ACTING FIELD OFFICE DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES,**

  **Defendants.**

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Stay Proceedings Pending Adjudication of Plaintiff's New Application to Naturalize (Doc. 14). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 19), recommending that the Motion be granted in part.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Stay Proceedings Pending Adjudication of Plaintiff's New Application to Naturalize (Doc. 14) is **GRANTED**.

3. This case is **STAYED** pending a decision regarding Plaintiff's new Form N-400 Application. **On or before July 20, 2017**, and every ninety days thereafter, the parties shall file a report as to the status of the progress of the adjudication of Plaintiff's new Form N-400 Application. Additionally, Plaintiff shall notify this Court within fourteen days of the completion of the adjudication.

4. If it becomes apparent that the adjudication is not progressing in a reasonable amount of time, Plaintiff shall be permitted to file a motion to lift the stay or the Court may lift the stay on its own accord.

5. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record